1  JS 6

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA

11 JACQUELYN M. CUNNINGHAM ) NO. CV07-06636 DSF (PLAx)
                          )
12      Plaintiff,         ) ORDER DISMISSING ACTION
                          )
13 v.                      )
                          )
14 DS WATERS, a private corporation; )
   Steve Erdman, individually and as )
15 Vice President of Human Resources )
   for DS Waters; Kevin Altieri,    )
16 individually and as Director of  )
   Customer Service for DS Waters;  )
17 Amy B. Gumbs, individually and as )
   Human Resources Manager for DS   )
18 Waters; and Does 1-10.           )
                          )
19      Defendants.        )
   _____  )
20                          )
   DS WATERS OF AMERICA, INC.       )
21 and AMY GUMBS,                   )
                          )
22      Counter-claimants, )
                          )
23      v.                 )
                          )
24 JACQUELYN CUNNINGHAM and )
   Does 1-10,              )
25                          )
        Counter-Defendants )
26 _____  )

27
28
_____
                PROPOSED ORDER DISMISSING ACTION
                              1

WHEREAS the parties have settled the above-captioned action; and

WHEREAS no issues remain to be litigated herein,

IT IS HEREBY ORDERED that Plaintiff's claim and Defendant's counter-claim in this action be dismissed with prejudice, all parties to bear their own costs, expenses and attorney fees, and that all future hearing dates be vacated.

It is so ordered.

Date:   2/10/09            _____

The Honorable Dale Fisher
United States District Court